UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DOROTHY MURRAY** | **CIVIL ACTION NO.:** |
| **VERSUS** | **SECTION:** |
| **FIDELITY INVESTMENTS INSTITUTIONAL SERVICES COMPANY, INC.** | **JUDGE:** |
| | **MAGISTRATE** |

_____

**COMPLAINT**

    Plaintiff, Dorothy Murray, a major, domiciliary of the State of Louisiana, Parish of Terrebonne, respectfully files this complaint and alleges the following:

**PRELIMINARY STATEMENT OF THE CASE**

1. This is an action for damages pursuant to 29 U.S.C.A. Section 18 and the entire Employee Retirement Security Act of 1974.

2. The plaintiff alleges that she has been unlawfully deprived of retirement proceeds (due her as a result of a community property partition) in her capacity of Alternate Payee which is in violation of the Employee Retirement Security Act of 1974.

**JURISDICTIONAL STATEMENT AND VENUE**

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C.A. Section 1331 and is based upon federal question.

4.   Venue lies in the United States District Court, Eastern District of Louisiana, for these claims pursuant to 28 U.S.C.A. Section 1391.

## **DEFENDANTS**

5.   Made defendant herein is FIDELITY INVESTMENTS INSTITUTIONAL SERVICES COMPANY, INC., a business entity licensed to do and doing business in the Parish of Terrebonne, State of Louisiana.

## **GENERAL ALLEGATIONS**

6.   Plaintiff has been involved in community property proceedings with her former spouse, Otis Murray, in the 32nd Judicial District Court, Parish of Terrebonne, for several years. Upon information and belief, Fidelity Investments is the holder of several retirement accounts belonging to Otis Murray. Despite repeated attempts to gain full access and accounting information for Mr. Murray's accounts at Fidelity, the plaintiff has been unable to gain a full accounting of all funds/activities for the aforementioned accounts and plaintiff respectfully alleges that funds that she has been entitled to for several years have been hidden and/or withheld in a manner which is contrary the ERISA statute.

7.   As a result of the actions of the defendant, plaintiff has been made to suffer injury, including, but not limited to monetary damages, loss of benefits, mental and emotional distress, compensatory and punitive damages.

WHEREFORE, plaintiff prays that this Court order the defendants to pay monetary damages, benefits, compensatory and punitive damages, reasonable attorney's fees, court costs and any and all damages which this Court deems just and proper. Additionally, plaintiff respectfully demands a trial by jury as to all issues so triable.

RESPECTFULLY SUBMITTED:

Marshall Law Firm, LLC

12320 Highway 44, Bldg. 4-A Gonzales, LA 70737
Telephone: (225) 647-1015

Facsimile: (225) 647-6647


By:  /s/Anthony T. Marshall (24164)

_____